# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTHERN DISTRICT CALIFORNIA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | The Roman Catholic Bishop of San Diego |
| **Case Number:** | 07-00939-LA11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 23, 2007 10:00 AM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matters:

1) **ADV: 3-07-90137**
   **Vincent O. vs Defendant Doe 1**
   MOTION OF PLAINTIFF(S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  12 / 23

2) **ADV: 3-07-90138**
   **Edward W. vs Defendant Doe 1**
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  13 / 23

3) **ADV: 3-07-90144**
   **John Doe vs Defendant Doe 1**
   MOTION OF PLAINTIFF(S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  10 / 19

4) **ADV: 3-07-90146**
   **John Doe vs Defendant Doe 1**
   MOTION OF PLAINTIFF(S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  10 / 19

5) **ADV: 3-07-90151**
   **Eric Brown vs Defendant Doe 1**
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  10 / 20

6) **ADV: 3-07-90165**
   **Jane Doe 54 vs Defendant Doe 1**
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  10 / 20

7) **ADV: 3-07-90166**
   **Elizabeth Hill vs Defendant Doe 1**
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  11 / 20

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTHERN DISTRICT CALIFORNIA
## Minute Entry

(continue)... 07-00939-LA11                    THURSDAY, AUGUST 23, 2007 10:00 AM

8) **ADV: 3-07-90168**
   **Cheryl Gomez vs Defendant Doe 1**
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  13 /  23

9) **ADV: 3-07-90172**
   **Linda S. vs Defendant Doe 1**
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  11 /  20

10) **ADV: 3-07-90173**
    **Amy R. vs Defendant Doe 1**
    MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
    **R / M #:**  11 /  20

11) **ADV: 3-07-90174**
    **John Doe vs Defendant Doe 1**
    MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
    **R / M #:**  11 /  20

12) **ADV: 3-07-90209**
    **Michael S. vs Defendant Doe 1**
    MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
    **R / M #:**  11 /  21

13) **ADV: 3-07-90210**
    **Dan Dameron vs Defendant Doe 1**
    MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
    **R / M #:**  13 /  23

14) **ADV: 3-07-90211**
    **Sandy Graves vs Defendant Doe 1**
    MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
    **R / M #:**  11 /  21

15) **ADV: 3-07-90345**
    **James S., Individually vs Defendants Doe 1**
    MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
    **R / M #:**  16 /  30

16) **ADV: 3-07-90370**
    **Leonard L. vs Defendants Doe 1**
    MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
    **R / M #:**  15 /  27

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTHERN DISTRICT CALIFORNIA
## Minute Entry

(continue)... 07-00939-LA11            THURSDAY, AUGUST 23, 2007 10:00 AM

17) **ADV: 3-07-90103**
   **John Roe 17 vs Diocese, and DOES 2 through 100, inclusi**
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  12 / 21

18) **ADV: 3-07-90141**
   **John Roe 16 vs Defendant Doe 1, Diocese**
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  10 / 19

19) **ADV: 3-07-90142**
   **John Roe 31 vs Defendant Doe 1, Diocese**
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  10 / 19

20) **ADV: 3-07-90143**
   **John Roe 21 vs Defendant Doe 1**
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  10 / 19

21) **ADV: 3-07-90147**
   **John Roe 27 vs Defendant Doe 1, Diocese**
   MOTION OF PLAINTIFF' (S)  FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  10 / 19

22) **ADV: 3-07-90154**
   **Jane Roe 11 vs Defendant Doe 1**
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  10 / 19

23) **ADV: 3-07-90156**
   **Jane Roe 3 vs Defendant Doe 1**
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  10 / 19

24) **ADV: 3-07-90161**
   **Jane Roe 10 vs Defendant Doe 1, Diocese**
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  10 / 19

25) **ADV: 3-07-90163**
   **Jane Roe 8 vs Defendant Doe 1**
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   **R / M #:**  10 / 19

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTHERN DISTRICT CALIFORNIA
## Minute Entry

(continue)... 07-00939-LA11          THURSDAY, AUGUST 23, 2007 10:00 AM

26) **ADV: 3-07-90175**
**Jane Roe 9 vs Defendant Doe 1, Diocese**
MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
**R / M #:**  11 /  20

27) **ADV: 3-07-90104**
**Veronica Budai Rister vs Defendant Doe 1**
MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
**R / M #:**  15 /  26

28) **ADV: 3-07-90117**
**Raul Alberto Miranda vs Defendant Doe 1**
MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
**R / M #:**  13 /  24

29) **ADV: 3-07-90158**
**Jacob Niel Vasquez vs Defendant Doe 1**
MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
**R / M #:**  10 /  20

30) **ADV: 3-07-90153**
**John Doe vs Roman Catholic Bishop of San Diego**
MOTION OF PLAINTIFF(S) FOR ORDER REMANDING STATE LAW ACTION
**R / M #:**  11 /  21

31) **ADV: 3-07-90167**
**John GH Doe vs Doe 1**
MOTION OF PLAINTIFF(S) FOR ORDER REMANDING STATE LAW ACTION
**R / M #:**  12 /  23

32) **ADV: 3-07-90169**
**John GM Doe vs Doe 1**
MOTION OF PLAINTIFF(S) FOR ORDER REMANDING STATE LAW ACTION
**R / M #:**  12 /  23

33) **ADV: 3-07-90208**
**DON P. and ROES 1 through 50 vs Congregation of the Holy Ghost akas and/**
MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
**R / M #:**  13 /  23

34) **ADV: 3-07-90162**
**Betty P. vs The Roman Catholic Diocese of San Diego**
MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
**R / M #:**  11 /  21

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTHERN  DISTRICT CALIFORNIA

## Minute Entry

(continue)... 07-00939-LA11                THURSDAY, AUGUST 23, 2007 10:00 AM

35) ADV: 3-07-90079
   Roger Cortez vs The Roman Catholic Bishop of San Diego
   MOTION OF PLAINTIFF(S) FOR ORDER REMANDING STATE LAW ACTION
   R / M #:   12 /  22

36) ADV: 3-07-90078
   Jacob Olivas vs Diocese of San Diego, Educ & Welfare Cor
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   R / M #:   15 /  29

37) ADV: 3-07-90102
   Mary Ann M. vs Archdiocese of Los Angeles
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   R / M #:   12 /  25

38) ADV: 3-07-90105
   John B. vs John Doe 1
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   R / M #:   13 /  23

39) ADV: 3-07-90133
   Francisco Herrera vs Defendant Doe 1
   MOTION OF PLAINTIFF(S) FOR ORDER REMANDING STATE LAW ACTION
   R / M #:   10 /  19

40) ADV: 3-07-90206
   Jane Doe vs John Doe 1
   MOTION OF PLAINTIFF (S) FOR ORDER REMANDING STATE LAW ACTION
   R / M #:   12 /  21

41) ADV: 3-07-90207
   Jane Doe vs Defendant Doe 1 Diocese
   MOTION OF PLAINTIFF(S) FOR ORDER REMANDING STATE LAW ACTION
   R / M #:   12 /  22

42) ADV: 3-07-90136
   Darryl Gibson vs Does 1 through 150, inclusive
   MOTION OF PLAINTIFF(S) FOR ORDER REMANDING STATE LAW ACTION
   R / M #:   10 /  23

*Appearances:*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTHERN DISTRICT CALIFORNIA

## Minute Entry

(continue)... 07-00939-LA11     THURSDAY, AUGUST 23, 2007 10:00 AM

Susan Boswell, Attorney for The Roman Catholic Bishop of San Diego
John Harris, Attorney for The Roman Catholic Bishop of San Diego
Geraldine A. Valdez, Attorney for Defendant The Roman Catholic Bishop of San Diego
Andrea Leavitt, Attorney for Plaintiffs
Irwin M. Zalkin, Attorney for Plaintiffs
Michael McGrath, San Bernardino Diocese
Dan Holden, Co-Counsel, San Bernardino Diocese
James Stang & Robert Orgel Attorneys for The OCC
Marci Hamilton, Attorney for The OCC
Christine Baur, Attorney for KBL Claimants
Larry Drivon, Attorney for Plaintiffs/Claimants
Gail Rinaldi, Attorney for Plaintiffs/Claimants

### *Proceedings:*

Matter Taken Under Submission